133 A.3d 3

**Richard MICKMAN, Respondent**

v.

**Elaine MICKMAN, Petitioner.**

**No. 167 MM 2015.**

Supreme Court of Pennsylvania.

Feb. 24, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of February, 2016, the Application for Extraordinary Relief and Stay/Supersedeas of All Proceedings and the Petition for Leave to Clarify are **DENIED.**

Justice EAKIN did not participate in the decision of this matter.